UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br><br>RYAN R. MCBETH<br><br>---<br><br>WENDELL TAYLOR,<br><br>    Appellant,<br><br>        v.<br><br>NANCY J. GARGULA, UNITED STATES TRUSTEE,<br><br>    Appellee. | Case No. 14-cv-322-JPG<br><br>Bank. Case No. 13-30672-lkg |

## MEMORANDUM AND ORDER

This matter comes before the Court for on the Court's December 22, 2014, order to show cause on or before January 5, 2015, why the Court should not dismiss this case pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(2) and/or Federal Rule of Civil Procedure 41(b) based on appellant Wendell Taylor's failure to timely file his appellant's brief as ordered by the Court (Doc. 11).   In the order to show cause, the Court warned Taylor that if he failed to respond in a timely manner to the order to show cause, the Court might dismiss this action with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(2) and/or Federal Rule of Civil Procedure 41(b). Taylor has not responded to the order to show cause.   Accordingly, as it warned it would, the Court **DISMISSES** this appeal **with prejudice** pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(2) and/or Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to comply with court rules.   The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   January 7, 2015**

                                                  s/J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**